IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CARLOS E. SEALS, | * |
| Plaintiff, | * |
| v. | * |
| | *   CV 116-151 |
| AUGUSTA-RICHMOND COUNTY, DONNIE CRAWFORD, and CHRISTOPHER ALEXIS, | * |
| Defendants. | * |

**O R D E R**

In December 2016, Plaintiff filed a stipulation of dismissal in this case. (Doc. 10.) Because the stipulation was not signed by all the parties, the Court denied it without prejudice. (Doc. 11.) Plaintiff, however, has not filed a proper stipulation of dismissal. Still, the Court has the power under Federal Rule of Civil Procedure 41(a)(2) to dismiss this case without the consent of all the parties. Because no party has objected, this case is **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 28th day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA